THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Daniel Dean
 Thomas, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2011-UP-577
Submitted December 1, 2011  Filed
 December 20, 2011   

APPEAL DISMISSED

 
 
 
Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Daniel
 Dean Thomas appeals the partial revocation of his probation by the circuit
 court, arguing the circuit court did not properly have jurisdiction.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.

HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.